IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARRIER CORPORATION,

    Plaintiff,                                      CASE NO.:

           v.

TECHNOLOGY RESEARCH, LLC,
F/K/A TECHNOLOGY RESEARCH
CORPORATION,

    Defendant.
_____/

## DEFENDANT TECHNOLOGY RESEARCH, LLC'S
## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant Technology Research, LLC ("TRC") hereby removes the above-captioned action to this Court from the County Court of the Sixth Judicial Circuit of the State of Florida, County of Pinellas (Civil Action No. 20-005515-CI) (the "State Action"). As set forth herein, TRC has complied with the statutory requirements for removal under 28 U.S.C. §§ 1441 and 1446, and this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

## I. PROCEDURAL REQUIREMENTS

1. The State Action was commenced by filing in the County Court of the Sixth Judicial Circuit, State of Florida, County of Pinellas, on November 20, 2020. A copy of Plaintiff's Complaint is attached at *Exhibit A*, and copies of all other process, pleadings, and orders, and other papers or exhibits of every kind now on file in the State Action are attached at *Exhibit B*, as required by 28 U.S.C. § 1446(a) and Local Rule 4.02(b).

2. TRC was served with the Summons and Complaint in the State Action on December 14, 2020.

3. This Notice is timely, as it is filed within 30 days of TRC's receipt of a copy of the summons and initial pleading in the State Action. *See* 28 U.S.C. § 1446(b)(1).

4. The State Action is properly removed to the United States District Court for the Middle District of Florida, Tampa Division, as that is the "district and division embracing the place where [the State Action] is pending." *See* 28 U.S.C. § 1441(a); *see also* 28 U.S.C. § 89(b); L.R. 1.02(b).

5. TRC will promptly file a copy of this Notice of Removal with the clerk of the Florida County Court, Sixth Judicial Circuit, Pinellas County, and will serve a copy on the other parties to the State Action, as required by 28 U.S.C. § 1446(d).

## II. GROUNDS FOR REMOVAL

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity between the parties, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

**A. There is Complete Diversity Between the Parties.**

7. Plaintiff Carrier Corporation ("Carrier") is, and was when this action was filed, a citizen of Delaware (incorporating state) and Florida (principal place of business). *See* 28 U.S.C.A. § 1332(c)(1).

8. Defendant TRC is a limited liability company. TRC's sole member is Southwire International Holdings, Inc., which is a Georgia corporation with its principal place of business in Carrollton, Georgia. *See* Declaration of Burt Michael Fealing attached at *Exhibit C*. "[A] limited liability company is a citizen of any state of which a member of the company is a

citizen." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). "[C]orporations are citizens in the states of their incorporation and their principal place of business." *Id*. at 1021 n.1 (28 U.S.C. §1332(c)(1)). Accordingly, Southwire International Holdings, Inc. is a citizen of the state of Georgia, as is TRC.

**B.     The Amount in Controversy Exceeds $75,000.**

9.      Carrier alleges claims for contractual and common-law indemnification and seeks reimbursement of the costs (including attorneys' fees) it paid in litigating and settling a certain personal-injury suit. The Civil Cover Sheet filed by Carrier in the state court action indicates the amount of Plaintiff's claim exceeds $100,000.00. *See Exhibit B* at p. 4.

**III.   RESERVATION OF RIGHTS**

10.     TRC denies the allegations contained in Plaintiff's Complaint, and files this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in its favor.

Dated: January 4, 2021                              Respectfully submitted,

                                                    */s/ Courtney M. King, Esq.*
                                                    SCOTT A. RICHMAN, ESQ.
                                                    Florida Bar No. 182753
                                                    COURTNEY M. KING, ESQ.
                                                    Florida Bar No. 0069389
                                                    TIFFANY M. WARD.ESQ.
                                                    Florida Bar No. 1019017
                                                    MCDONALD TOOLE WIGGINS, P.A.
                                                    111 N. Magnolia Avenue, Suite 1200
                                                    Orlando, FL 32801
                                                    Telephone: (407) 246-1800
                                                    Facsimile: (407) 246-1895
                                                    Primary Service Email: srichman@mtwlegal.com;
                                                    cking@mtwlegal.com; tward@mtwlegal.com
                                                    Secondary Service Email:
                                                    e.service@mtwlegal.com;
                                                    CarriervTRC@mtwlegal.com

*Attorneys for Defendant,*
*Technology Research, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

R. Ryan Rivas, Esq., Hall Booth Smith, P.C., 22202 North Westshore Blvd., Suite 200, Tampa, Florida 33607, RRivas@hallboothsmith.com, *Attorneys for Plaintiff*

*/s/ Courtney M. King, Esq.*
SCOTT A. RICHMAN, ESQ.
Florida Bar No. 182753
COURTNEY M. KING, ESQ.
Florida Bar No. 0069389
TIFFANY M. WARD.ESQ.
Florida Bar No. 1019017
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
Primary Service Email:
srichman@mtwlegal.com; cking@mtwlegal.com; tward@mtwlegal.com
Secondary Service Email:
e.service@mtwlegal.com; CarriervTRC@mtwlegal.com
*Attorneys for Defendant,*
*Technology Research, LLC*