# EXHIBIT B

12/31/2020 Case 8:21-cv-00008-VMC-AAS Document 1-3 Filed 01/04/21 Page 2 of 10 PageID 79
https://ccmspa.pinellascounty.org/PublicAccess/CaseDetail.aspx?CaseID=18653829

**Skip to Main Content**   **Logout**   **My Account**   **Search Menu**   **New Civil Search**   **Refine Search**   **Back**   Location : Pinellas County   **Help**

# REGISTER OF ACTIONS
### CASE NO. 20-005515-CI



| CARRIER CORPORATION Vs. TECHNOLOGY RESEARCH LLC | § § § § § § § | Case Type: | **CONTRACTS AND INDEBTEDNESS - CIRCUIT** |
|---|---|---|---|
| | | Date Filed: | **11/20/2020** |
| | | Location: | **Section 20** |
| | | Judicial Officer: | **MEYER, KEITH** |
| | | UNIFORM CASE NUMBER: | **522020CA005515XXCICI** |

## PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **DEFENDANT** | TECHNOLOGY RESEARCH LLC *FORMERLY KNOWN AS* TECHNOLOGY RESEARCH CORPORATION<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION, FL 33324 | |
| **PLAINTIFF** | CARRIER CORPORATION<br>2202 NORTH WESTSHORE BLVD<br>SUITE 200<br>TAMPA, FL 33607 | R RYAN RIVAS, ESQ<br><br>HALL BOOTH SMITH PC<br>2202 NORTH WESTSHORE BLVD<br>SUITE 200<br>TAMPA, FL 33607<br><br>813-329-3880(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| 12/18/2020 | **SUMMONS - SERVED**   Doc # 5 |
| | *12142020* |
| | Party: TECHNOLOGY RESEARCH LLC |
| 12/04/2020 | **SUMMONS - ISSUED**   Doc # 4 |
| | *ISSUED* |
| | Party: TECHNOLOGY RESEARCH LLC |
| 11/20/2020 | **CIVIL COVER SHEET - E-FILED**   Doc # 1 |
| 11/20/2020 | **SUMMONS NOT ISSUED**   Doc # 2 |
| | *- NEED SUMMONS FEE* |
| 11/20/2020 | **COMPLAINT**   Doc # 3 |
| | *WITH ATTACHMENTS* |

## FINANCIAL INFORMATION

**PLAINTIFF** CARRIER CORPORATION



| Total Financial Assessment | 410.00 |
|---|---|
| Total Payments and Credits | 410.00 |
| **Balance Due as of 12/31/2020** | **0.00** |

| 11/24/2020 | Transaction Assessment | | | 400.00 |
|---|---|---|---|---|
| 11/24/2020 | E-FILE PAYMENT | Receipt # EF-2020-37904 | CARRIER CORPORATION | (400.00) |
| 12/08/2020 | Transaction Assessment | | | 10.00 |
| 12/09/2020 | Counter Payment | Receipt # CV-2020-25284 | CARRIER CORPORATION | (10.00) |

Filing # 117074442 E-Filed 11/20/2020 05:33:59 PM
Case 8:21-cv-00008-VMC-AAS   Document 1-3   Filed 01/04/21   Page 4 of 10 PageID 81

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SIXTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>PINELLAS</u>   COUNTY, FLORIDA

<u>Carrier Corporation</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>TECHNOLOGY RESEARCH, LLC F/K/A TECHNOLOGY RESEARCH</u>
Defendant

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.    TYPE OF CASE**    (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

***ELECTRONICALLY FILED 11/20/2020 05:33:56 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

   <u>2</u>

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Richard Ryan Rivas</u>    Fla. Bar # <u>96700</u>
           Attorney or party    (Bar # if attorney)

<u>Richard Ryan Rivas</u>    11/20/2020
(type or print name)    Date

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

| | |
|---|---|
| CARRIER CORPORATION,<br>　　　　Plaintiff,<br>v.<br><br>TECHNOLOGY RESEARCH, LLC F/K/A<br>TECHNOLOGY RESEARCH CORPORATION,<br>　　　　Defendant. | CIVIL ACTION NUMBER:<br><br>_____ |

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

　　YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant:

**Technology Research, LLC**
**c/o NRAI Services, Inc. as RA**
**1200 South Pine Island Road**
**Plantation, Florida   33324**

　　Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is:

**R. Ryan Rivas, Esq.**
**HALL BOOTH SMITH, P.C.**
**2202 North Westshore Boulevard-Suite 200**
**Tampa, Florida 33607**
**Phone: 813-329-3880**
**E-mail: RRivas@hallboothsmith.com**

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

　　**WITNESS** my hand and seal of said Court on _____, 20____.

**KEN BURKE, CPA**
Pinellas County Clerk of the Circuit Court
315 Court Street, Room 170
Clearwater, FL   33756
Phone: 727-464-7000

BY: _____
　　　As Deputy Clerk

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Office of the Court Administrator, (863) 534-4690, within two (2) working days of your receipt of this Summons; if you are hearing or voice impaired, please call TDD (863) 534-7777 or Florida Relay Service 711.

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

| | |
|---|---|
| CARRIER CORPORATION,<br>Plaintiff,<br>v.<br><br>TECHNOLOGY RESEARCH, LLC F/K/A<br>TECHNOLOGY RESEARCH CORPORATION,<br>Defendant. | CIVIL ACTION NUMBER:<br><br>20-005515-CI |

### SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant:

> Technology Research, LLC f/k/a
> Technology Research Corporation
> c/o NRAI Services, Inc. as RA
> 1200 South Pine Island Road
> Plantation, Florida   33324

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is:

> R. Ryan Rivas, Esq.
> HALL BOOTH SMITH, P.C.
> 2202 North Westshore Boulevard-Suite 200
> Tampa, Florida 33607
> Phone: 813-329-3880
> E-mail: RRivas@hallboothsmith.com

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

DEC 08 2020

**WITNESS** my hand and seal of said Court on _____, 20____.



KEN BURKE, CPA
Pinellas County Clerk of the Circuit Court
315 Court Street, Room 170
Clearwater, FL   33756
Phone: 727-464-7000

BY: _Shuito M Butler_____
      As Deputy Clerk

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Office of the Court Administrator, (863) 534-4690, within two (2) working days of your receipt of this Summons; if you are hearing or voice impaired, please call TDD (863) 534-7777 or Florida Relay Service 711.

## IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PINELLAS COUNTY, FLORIDA

| | |
|---|---|
| CARRIER CORPORATION,<br>        Plaintiff,<br>v.<br><br>TECHNOLOGY RESEARCH, LLC F/K/A<br>TECHNOLOGY RESEARCH CORPORATION,<br>        Defendant. | CIVIL ACTION NUMBER:<br><br>**20-005515-CI** |

### SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant:

**Technology Research, LLC f/k/a**
**Technology Research Corporation**
**c/o NRAI Services, Inc. as RA**
**1200 South Pine Island Road**
**Plantation, Florida   33324**

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is:

**R. Ryan Rivas, Esq.**
**HALL BOOTH SMITH, P.C.**
**2202 North Westshore Boulevard-Suite 200**
**Tampa, Florida 33607**
**Phone: 813-329-3880**
**E-mail: RRivas@hallboothsmith.com**

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

DEC 08 2020

    **WITNESS** my hand and seal of said Court on _____, 20____.



**KEN BURKE, CPA**
Pinellas County Clerk of the Circuit Court
315 Court Street, Room 170
Clearwater, FL  33756
Phone: 727-464-7000

BY: _____
As Deputy Clerk

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Office of the Court Administrator, (863) 534-4690, within two (2) working days of your receipt of this Summons; if you are hearing or voice impaired, please call TDD (863) 534-7777 or Florida Relay Service 711.

## VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Pinellas** | **County Court** |

Case Number: 20-005515-CI

**CARRIER CORPORATION,**

vs.

Defendant:
**TECHNOLOGY RESEARCH, LLC F/K/A TECHNOLOGY RESEARCH CORPORATION,**

RCG2020009889

For:
Ryan Rivas
HALL BOOTH SMITH, P.C. - TAMPA
2202 North WestshoreBoulevard
Suite 200
Tampa, FL 33607

Received by Joseph S. Marker, Jr. on the 11th day of December, 2020 at 5:34 pm to be served on **Technology Research, LLC F/K/A Technology Research Corporation c/o NRAI Services, Inc. as RA, 1200 South Pine Island Road, Plantation, FL 33324**

I, Joseph S. Marker, Jr., do hereby affirm that on the **14th day of December, 2020** at **12:25 pm, I:**

served a **BUSINESS** entity by delivering a true copy of the **SUMMONS, COMPLAINT and EXHIBITS A-B** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Section Head** at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, who stated they are authorized to accept service for **Technology Research, LLC F/K/A Technology Research Corporation** and informed said person of the contents therein, in compliance with state statutes. (Business entity statutes 48.031(2)(b) (,DBA/Sole Proprietorship) 48.061 (Partnership/Limited Partnership), 48.062(LLC), 48.081 (Corporation), 48.091 (Corporation Registered Agent), 48.092 (Financial Institute), 48.101 (Dissolved Corporations), 48.111 (Public Agency/Officer), 48.121 (Service on the state), 48.141 (Labor Union) or 48.151 (Statutory Agent).

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'4, Weight: 135, Hair: Brown, Glasses: N

If a description of the party served is provided, please note all information provided is approximate. F.S. 48.021(1)(Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server or authorized to serve process in the judicial circuit, county, or state where service was effectuated. F.S. 92.525 Under penalties of perjury, I declare that I have read the foregoing affidavit/proof of service and that the facts stated in it are true.(No Notary Required) (Services of subpoenas F.S. 48.021(1) (Rule 1.410 ) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.  (Out of State/Foreign Process in accordance with F.S. 48.194 by any person authorized to server process in the state where the person or entity is served) Notary Required.

Joseph S. Marker, Jr.
Process Server ID #613

TRGT Legal
PO Box 1066
Pinellas Park, FL 33781
(888) 642-0130

Our Job Serial Number: RCG-2020009889

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1z