# EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARRIER CORPORATION,

    Plaintiff

v.

TECHNOLOGY RESEARCH, LLC f/k/a
TECHNOLOGY RESEARCH
CORPORATION,

    Defendant.

CASE _____

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I, Burt Michael Fealing, state under penalty of perjury under the laws of the United States of America as follows:

1. I am the Executive Vice President, General Counsel, Compliance, and Corporate Secretary of Southwire Company. The facts stated herein are based on my personal knowledge and the business records of Technology Research, LLC ("TRC").

2. TRC is a limited liability company, not an incorporated entity.

3. TRC is wholly owned by Southwire International Holdings, which is a Georgia corporation with its principal place of business in Carrollton, Georgia.

4. Southwire International Holdings, Inc. is TRC's sole member.

Executed on December 23, 2020.

_____
Burt Michael Fealing