UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARRIER CORP.,

    Plaintiff,

v.                                                     Case No. 8:21-cv-08-VMC-AAS

TECHNOLOGY RESEARCH, LLC,

    Defendant.
_____/

## **ORDER**

On February 24, 2021, the court held a discovery hearing. (Doc. 43). As discussed, the following is **ORDERED:**

1. No later than **Friday March 5, 2021,** the parties are to have a robust Rule 26(f) conference to address the issues surrounding the parties' electronically stored information (ESI) and production of the ESI.

2. No later than **Monday March 22, 2021,** the parties are to submit a joint notice of outstanding discovery issues related to ESI. The joint notice must list each discovery issue followed by separate sections addressing each party's position.

3. The court will hold a follow-up discovery conference on **March 25, 2021, at 11:00 a.m.** via videoconference. The court will send

1

counsel a calendar entry containing a link to the videoconference information. The court will block off one hour for the discovery conference.[1]

**ENTERED** in Tampa, Florida, on February 25, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] As discussed at the discovery conference, if the parties believe that more than one hour will be needed to address the remaining discovery, the parties should address that in the joint notice and should be prepared for the hearing to be rescheduled to a different day when the undersigned is not on criminal duty.