# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CARRIER CORP.,**

     **Plaintiff,**

**v.**                                 **Case No. 8:21-cv-08-VMC-AAS**

**TECHNOLOGY RESEARCH, LLC,**

     **Defendant.**

_____/

## ORDER

On April 1, 2021, the court held a discovery hearing. (Doc. 50). As discussed, the following is **ORDERED:**

1.    Carrier must provide Technology Research, LLC (TRC) with its final list of requested custodians **by 5:00 p.m.** on **April 1, 2021**.

2.    Carrier Corporation must search (using the search terms provided by TRC) the electronic records of the seven additional custodians provided by TRC no later than **April 8, 2021.** Carrier must then review and produce documents and a privilege log to TRC by **April 30, 2021.**

3.    No later than **April 12, 2021,** Carrier and TRC must have a substantial meet and confer to address:

    a.    Carrier's search terms, which Carrier should have

sufficiently narrowed before the meet and confer,

    b.    which data sets of TRC's data will be searched, and

    c.    if the parties agree to a tiered approach for searching data sets, what that approach is.

4.    The parties' joint oral motion to set another discovery hearing to address any issues not resolved by the **April 12, 2021** conferral deadline (Doc. 49) is **GRANTED.**

    a.    Another discovery hearing is set for **April 14, 2021, at 10:00 a.m.** via videoconference. The court will send counsel a calendar entry containing a link to the videoconference information.

    b.    No later than **2:00 p.m.** on **April 13, 2021,** the parties are to submit a joint notice listing any issues that could not be resolved by the April 12th conferral deadline. If the parties determine a follow-up discovery hearing is not necessary, the joint notice should state that the April 14th hearing may be canceled.

**ENTERED** in Tampa, Florida, on April 1, 2021.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2