# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CARRIER CORP.,

    Plaintiff,

v.                                        Case No. 8:21-cv-08-VMC-AAS

TECHNOLOGY RESEARCH, LLC,

    Defendant.
_____/

## ORDER

On April 14, 2021, the court held a discovery hearing. (Doc. 54). As discussed, the following is **ORDERED:**

1. Carrier Corporation's oral motion to require Technology Research, LLC (TRC) to process and search 500 gigabytes (GB) of data previously collected by TRC (Doc. 55) is **DENIED without prejudice**.

2. Carrier's oral motion for assurance from TRC on the circumstances and methods used for collecting the two data sets (90 GB and 500 GB) (Doc. 56) is **GRANTED.** No later than **April 30, 2021,** TRC must provide to Carrier a declaration addressing the circumstances and methods for collecting the two identified data sets.

3. The parties' joint oral motion to set deadlines for a rolling production schedule (Doc. 57) is **GRANTED.**

   a. No later than **12 p.m.** on **April 20, 2021,** the parties are to submit a joint motion to set the deadlines for a rolling production schedule. If the parties do not agree on deadlines, each party must provide their proposed dates and the justification for those dates. If the parties agree on deadlines, the motion must provide the agreed upon schedule for the court to adopt.

   b. Any previously ordered deadlines remain in effect pending the court's ruling on the joint motion referenced in paragraph 3(a). (*See* Doc. 51).

**ENTERED** in Tampa, Florida, on April 14, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge