# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CARRIER CORP.,

    Plaintiff,

v.                                      Case No. 8:21-cv-08-VMC-AAS

TECHNOLOGY RESEARCH, LLC,

    Defendant.
_____/

## ORDER

On April 14, 2021, the court held a discovery hearing. (Doc. 54). The court ordered the parties to submit a joint motion to schedule the ESI production. (Doc. 58). The parties' joint motion to adopt a scheduling order on ESI production (Doc. 60) is **GRANTED**. The ESI productions schedule is as follows:

1. Carrier Corporation
    a. Initial Production – April 30, 2021
    b. Second Production – May 14, 2021
    c. Final Production – May 28, 2021
2. Technology Research, LLC
    a. Initial Production – May 14, 2021
    b. Second Production – May 28, 2021
    c. Final Production – June 4, 2021

1

**ENTERED** in Tampa, Florida, on April 22, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge