# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CARRIER CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY RESEARCH, LLC F/K/A/ TECHNOLOGY RESEARCH CORPORATION,<br><br>Defendant. | CASE NO.:<br>8:21-cv-00008-VMC-AAS |

## AMENDMENT TO CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the Consent Motion to Amend Case Management and Scheduling Order, and for good cause shown, this Court hereby extends Technology Research, LLC's deadline to disclose its responsive expert reports until September 1, 2021. The remainder of the deadlines in the Court's Case Management and Scheduling Order (Dkt. 30) remain unchanged.

**SO ORDERED** this _____ day of August, 2021.

_____
**Honorable Virginia M. Hernandez Covington**

cc: Michael R. Boorman, Esq.
Christopher A. Cazin, Esq.
Michael E. Reed, Esq.
Kevin T. Kucharz, Esq.
R. Ryan Rivas, Esq.