# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **CARRIER CORPORATION,**  Plaintiff,  v.  **TECHNOLOGY RESEARCH, LLC, F/K/A TECHNOLOGY RESEARCH CORPORATION,**  Defendant. _____/  **TECHNOLOGY RESEARCH, LLC, F/K/A TECHNOLOGY RESEARCH CORPORATION,**  Conditional Counterclaimant,  v.  **CARRIER CORPORATION,**  Conditional Counterdefendant. | **CASE NO.:** **8:21-cv-00008-VMC-AAS** |

## DEFENDANT/COUNTERCLAIMANT'S
## REQUEST FOR HEARING

COMES NOW Defendant/Counterclaimant Technology Research, LLC ("TRC") and pursuant to L.R. 3.01(h) and respectfully requests the Court hear oral argument on the following motions and requests the below amount of time to

present its argument:

1. **TRC's Motion for Summary Judgment**: 1 hour.

2. **TRC's Daubert Motion to Exclude Testimony of Richard A. Blanchard**: 45 minutes.

3. **TRC's Daubert Motion to Exclude Testimony of Jefferey E. Lindsey**: 45 minutes.

This 12th day of October, 2021.

        WATSON SPENCE, LLP

        */s/ Michael R. Boorman*
        Michael R. Boorman
        *Admitted pro hac vice*
        mboorman@watsonspence.com
        Evan E. Smith, IV
        *Admitted pro hac vice*
        esmith@watsonspence.com
        999 Peachtree Street NE
        Suite 1130
        Atlanta, Georgia 30309
        Telephone: (229) 436-1545
        Facsimile: (678) 331-7070

        Christopher A. Cazin
        Florida Bar No. 43515
        ccazin@wickersmith.com
        Michael E. Reed
        Florida Bar No. 961760
        mreed@wickersmith.com
        WICKER SMITH O'HARA MCCOY & FORD, P.A.
        100 N. Tampa Street
        Suite 1800

Tampa, Florida 33602
Telephone: (813) 222-3939
Facsimile: (813) 222-3938

*COUNSEL FOR DEFENDANT*
*TECHNOLOGY RESEARCH, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify I have served a copy of the within and foregoing upon all counsel of record and the Clerk of the Court via electronic filing using the CM/ECF system, to wit:

R. Ryan Rivas
HALL BOOTH SMITH, P.C.
2701 North Rocky Point Drive, Suite 400
Tampa, Florida 33607
rrivas@hallboothsmith.com
*Attorney for Plaintiff*

Kevin T. Kucharz
HALL BOOTH SMITH, P.C.
191 Peachtree Street, N.E., Suite 2900
Atlanta, Georgia 30303
kkucharz@hallboothsmith.com
*Attorney for Plaintiff*

This 12th day of October, 2021.

/s/ *Michael R. Boorman*
Michael R. Boorman
*Admitted pro hac vice*